IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DEAN DRULIAS,<br><br>        *Plaintiff*,<br><br>- v. -<br><br>CHRISTOPHER W. SHEAN; JOHN C. MALONE; STEPHEN M. BRETT; GREGG L. ENGLES; ROBERT HAMMOND; SCOTT W. SCHOELZEL; ALEXANDER VON FURSTENBERG; LIBERTY EXPEDIA HOLDINGS, INC.; AND EXPEDIA GROUP, INC.,<br><br>        *Defendants.* | Case No. 1:19-cv-01505 |

## NOTICE OF REMOVAL

    PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1441(a), (b) and 1446, defendant Expedia Group, Inc. ("Expedia") hereby removes the above-captioned action (the "Action") from the District Court, Arapahoe County, Colorado, to the United States District Court for the District of Colorado.  This action is removable under 28 U.S.C. § 1441(a) and (b) because the amount in controversy exceeds $75,000, complete diversity of citizenship exists between the plaintiff and defendants properly joined in the Action, and no citizen of the State of Colorado has been "properly joined and served as [a] defendant" in the Action.  As grounds for removal, Expedia states as follows:

    1.  On May 23, 2019 plaintiff Dean Drulias ("Drulias" or "Plaintiff") commenced the Action in the District Court, Arapahoe County, Colorado, where said action is now pending under the above-captioned title.  Pursuant to 28 U.S.C. § 1446 and Local Civil Rule 81.1, a copy of the Complaint filed in the Action is attached as Exhibit A.

2. The Action purports to assert claims under § 11-51-501 of the Colorado Securities Act and for common law fraud and negligent misrepresentation against defendants in connection with Expedia's proposed merger with Liberty Expedia Holdings, Inc., which was announced on April 16, 2019. Drulias claims that defendants made false, incomplete or misleading statements in the Proxy Statement filed pursuant to federal law with the Securities and Exchange Commission on May 2, 2019 "soliciting and urging [Liberty Expedia Holdings] shareholders to vote in favor" of the merger. A copy of the Proxy Statement is attached as Exhibit B.

3. On information and belief, Plaintiff Drulias is a citizen of the State of California. *See* Exhibit C, paragraph 4 (Complaint filed by Drulias in Superior Court of the State of California for and in County of Santa Clara). Plaintiff Drulias, an attorney himself, is a frequent filer of actions challenging corporate conduct, such as mergers and acquisitions. On information and belief, either individually or through various partnerships formed for the purpose of bringing stockholder litigation, he has filed well over 30 such actions in the last 15 years. *See In re SS & C Techs., Inc. S'holders Litig.*, 948 A.2d 1140, 1145 (Del. Ch. 2008). In those cases, he is typically represented by the same out-of-state counsel on the current Complaint and whose New York office address has been provided as Plaintiff's address. *Id.* Plaintiff Drulias has been judicially determined to have engaged in stockholder litigation conduct that "amounted to an abuse of the judicial process and clearly evidences bad faith," and to run a "web of investment partnerships" that the court found "disturbing"—as allegedly managed for the "sole purpose of bringing stockholder lawsuits primarily through his attorney in this action," through which he claims "a miniscule, indirect interest in several hundred public companies," and which was allegedly sought to be concealed from the court. *Id.* at 1144, 1151.

4. Defendant Expedia is a Delaware corporation with its principal place of business in the State of Washington. It is therefore a citizen of Delaware and Washington. *See* 28 U.S.C. § 1332(c).

5. Defendant Christopher W. Shean is a citizen of Colorado.

6. Defendant John C. Malone is a citizen of Florida.

7. Defendant Stephen M. Brett is a citizen of Colorado.

8. Defendant Gregg L. Engles is a citizen of Colorado.

9. Defendant Robert Hammond is a citizen of New York. As public filings—including the Proxy Statement that forms the basis for Plaintiff's complaint—make clear, Mr. Hammond was no longer on the board of Liberty Expedia Holdings at the time the board approved the challenged merger or issued the challenged Proxy Statement. *See* Exhibit B at 38, 45-46; Exhibit D (Form 8-K filed by Liberty Expedia Holdings on April 15, 2019); Compl. ¶¶ 3, 21, 24, 37, 48, 55.

10. Defendant Scott W. Schoetzel is a citizen of Colorado.

11. Defendant Alexander von Furstenberg is a citizen of California. As public filings—including the Proxy Statement that forms the basis for Plaintiff's complaint—make clear, Mr. von Furstenberg was no longer on the board of Liberty Expedia Holdings at the time the board approved the challenged merger or issued the challenged Proxy Statement. *See* Exhibit B at 45-46; Exhibit D; Compl. ¶¶ 3, 21, 24, 37, 48, 55.

12. Defendant Liberty Expedia Holdings is a Delaware corporation with its principal place of business in the State of Colorado. It is therefore a citizen of Delaware and Colorado. *See* 28 U.S.C. § 1332(c).

13.     Complete diversity therefore exists as to Plaintiff, on the one hand, and the properly joined defendants (which do not include defendants Hammond and von Furstenberg), on the other.[1]

14.     The amount in controversy in this Action exceeds the sum or value of $75,000, exclusive of interest and costs. The Action seeks to enjoin the proposed merger of Liberty Expedia Holdings, a company with a market capitalization of nearly $2.6 billion, into Expedia.

15.     This case is properly removable pursuant to 28 U.S.C. § 1441(a) and (b) because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a) on the grounds that complete diversity of citizenship exists between the parties to the Action properly joined and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

16.     On information and belief, no defendant that is a citizen of the State of Colorado has been served in this Action and therefore none has been "properly joined and served as defendants." 28 U.S.C. § 1441(b)(2); *see also Gibbons* v. *Bristol-Myers* Squibb *Co.*, 919 F.3d 699, 705 (2d Cir. 2019) ("By its text . . . Section 1441(b)(2) is inapplicable until a home-state defendant has been served in accordance with state law; until then, a state court lawsuit is removable under Section 1441(a) so long as a federal district court can assume jurisdiction over the action."); *Encompass Ins. Co.* v. *Stone Mansion Rest. Inc.*, 902 F.3d 147, 154 (3d Cir. 2018) (same).

---

[1] Expedia reserves all rights and waives none, including but not limited to the right to bring a motion to dismiss the claims in the Action under Rule 12 of the Federal Rules of Civil procedure.

17. Nor has Mr. von Furstenberg been properly joined in this Action. Mr. von Furstenberg was no longer a member of the Liberty Expedia Holdings board of directors at the time the board approved the challenged merger or issued the challenged Proxy Statement. Because there is no "possibility that the state court would find that the complaint states a cause of action against [Mr. von Furstenberg]," *Estate of Hill* v. *Allstate Ins. Co.*, 354 F. Supp. 2d 1192, 1196 (D. Colo. 2004), he "should be ignored for the purposes of assessing complete diversity," *Dutcher* v. *Matheson*, 733 F.3d 980, 988 (10th Cir. 2013).

18. Accordingly, the Action is removable to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446.

19. Expedia received a copy of the Complaint filed in the Action on May 23, 2019 when Plaintiff's frequent counsel sent a copy to the New York law firm representing Expedia in the merger. This notice of removal is filed within thirty (30) days of receipt by defendant of the Complaint. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

20. Because the other defendants have not been served in this Action, they do not need to consent to removal. *See Sheldon* v. *Khanal*, 502 Fed. Appx. 765, 770 (10th Cir. 2012) (the "clear statutory language" requires "only *served* defendants to consent to removal").

21. Pursuant to 28 U.S.C. § 1446(d) and Local Civil Rule 81.1, Expedia will file a copy of this Notice of Removal with the Clerk of the District Court, Arapahoe County, Colorado and will give written notice of the filing of this Notice of Removal to Plaintiff Drulias.

22. By filing this Notice of Removal, Expedia does not waive any defense available to it including, but not limited to, any objections to personal jurisdiction or venue.

23. Expedia reserves the right to amend or supplement this Notice of Removal.

WHEREAS, Expedia respectfully requests removal of this action from the District Court, Arapahoe County, Colorado to the United States District Court for the District of Colorado.

Dated: May 27, 2019

Respectfully submitted,

DAVIS GRAHAM & STUBBS LLP

  */s/ Jonathon D. Bergman*
Jonathon D. Bergman, # 26473
Benjamin B. Strawn, #44631
Jennifer S. Allen, #48622
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  ben.strawn@dgslaw.com
            jennifer.allen@dgslaw.com

OF COUNSEL:

Wachtell Lipton Rosen & Katz

51 W 52nd St
New York, NY  10019
Telephone: 212.403.1000
Fax: 212.403.2000

*Attorneys for Defendant Expedia Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May 2019 the foregoing **NOTICE OF REMOVAL** was filed via CM/ECF.  A copy of this notice is being sent via Federal Express to the following:

Karen Cody-Hopkins
4610 S. Ulster Street, #150
Denver, CO 80237
karen@codyhopkinslaw.com

Richard B. Brualdi
The Brualdi Law Firm, P.C.
29 Broadway, Suite 2400
New York, NY 10006
Tel: (212) 952-0602

*Attorneys for Plaintiff*

Stefan D. Stein
William R. Reed
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900

Richard Harper
Baker Botts
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500

Thomas E. O'Brien
Baker Botts
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Tel: (214) 953-6934

*Attorneys for Christopher W. Shean; John C. Malone; Stephen M. Brett, Gregg L. Engles; Scott W. Schoelzel; Liberty Expedia Holdings, Inc.*

Alexander Von Furstenberg
Ranger Global Advisors, LLC
9465 Wilshire Boulevard, PH
Beverly Hills, CA 90212
Tel: 310.271.7788

Robert Hammond
Friends of the High Line
The Diller-von Furstenberg Bldg.
820 Washington Street, Floor 4
New York City, NY 10014
PH: (212) 206-9922

*s/ Layonna Cruz*