# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DEAN DRULIAS,<br><br>*Plaintiff*,<br><br>- v. -<br><br>CHRISTOPHER W. SHEAN; JOHN C. MALONE; STEPHEN M. BRETT; GREGG L. ENGLES; ROBERT HAMMOND; SCOTT W. SCHOELZEL; ALEXANDER VON FURSTENBERG; LIBERTY EXPEDIA HOLDINGS, INC.; AND EXPEDIA GROUP, INC.,<br><br>*Defendants*. | Civil Action No.: 1:19-cv-01505 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dean Drulias and Defendants Christopher W. Shean, John C. Malone, Stephen M. Brett, Gregg L. Engles, Robert Hammond, Scott W. Schoelzel, Alexander Von Furstenberg, Liberty Expedia Holdings, Inc., and Expedia Group, Inc., being all of the parties who have appeared in this action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismissal of this action with prejudice.

50331337

Dated: June 28, 2019

*s/ Karen Cody-Hopkins*
_____
Karen Cody-Hopkins
CODY-HOPKINS LAW FIRM
4610 South Ulster Street, Suite 150
Denver, CO 80237
T: (303) 221-4666
F: (303) 221-4374
E: karen@codyhopkinslaw.com
*Attorney for Plaintiff*

*s/ Stefan D. Stein*
_____
Stefan D. Stein
William R. Reed
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, CO  80202
Tel.: (303) 297-2900
*Attorneys for Christopher W. Shean, John C. Malone, Stephen M. Brett, Gregg L. Engles, Scott W. Schoelzel, and Liberty Expedia Holdings, Inc.*

*s/ Jennifer S. Allen*
_____
Jonathon D. Bergman
Benjamin B. Strawn
Jennifer S. Allen
DAVIS GRAHAM & STUBBS
1550 17th Street, Suite 500
Denver, CO  80202
Tel.: (303) 892-9400

*Attorneys for Expedia Group, Inc., Robert Hammond, and Alexander Von Furstenberg*

2

50331337