IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01505-MEH

DEAN DRULIAS,

    Plaintiff,

v.

CHRISTOPHER W. SHEAN,
JOHN C. MALONE,
STEPHEN M. BRETT,
GREGG L. ENGLES,
ROBERT HAMMOND,
SCOTT W. SCHOELZEL,
ALEXANDRE VON FURSTENBERG,
LIBERTY EXPEDIA HOLDINGS, INC., and
EXPEDIA GROUP, INC.,

    Defendants.

---

## ORDER CLOSING CASE

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Stipulation of Dismissal with Prejudice. ECF No. 35. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court finds the stipulation and terms of the dismissal proper. Thus, this case is voluntarily **dismissed with prejudice**, with each party to bear his, her, or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 1st day of July, 2019.

                                                 BY THE COURT:

                                                 *Michael E. Hegarty*

                                                 Michael E. Hegarty
                                                 United States Magistrate Judge